IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 02562 *Bhb*

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 0 2010

GREGORY C. LANGHAM
CLERK

SANTANA PENA,

     Applicant,

v.

DISTRICT COURT OF EL PASO COUNTY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

___

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

___

Applicant has submitted a letter to the court, a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Applicant

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Applicant files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X     is missing certificate showing current balance in prison account (account statement submitted is not certified by an appropriate official of Plaintiff's penal institution and is not current)
(5)   __     is missing required financial information
(6)   __     is missing an original signature by the prisoner
(7)   __     is not on proper form (must use the court's current form)
(8)   X     names in caption do not match names in caption of complaint, petition or habeas application
(9)   __     An original and a copy have not been received by the court.
                   Only an original has been received.
(10) __     other:_____.

**Complaint, Petition or Application**:
(11) __     is not submitted
(12) __     is not on proper form (must use the court's current form)
(13) __     is missing an original signature by the prisoner
(14) __     is missing page nos. ___
(15) __     uses et al. instead of listing all parties in caption
(16) __     An original and a copy have not been received by the court. Only an original has been received.
(17) __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __     names in caption do not match names in text
(19) X     other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus

Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice. The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this _18th_ day of _October_ , 2010.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.    '10 – CV – 0 2 5 6 2

Santana Pena
Prisoner No. 117040
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms** to the above-named individuals on____10/20/10

GREGORY C. LANGHAM, CLERK

By:_____
                       Deputy Clerk